

No. 01 CR-848-A

| | |
|---|---|
| HUGO HERNANDEZ | § IN THE UNITED STATES DISTRICT |
| VS. | § COURT FOR THE SOUTHERN |
| CAMERON COUNTY TEXAS | § DISTRICT OF TEXAS |
| | § MISC B-02-05 |

HABEAS CORPUS

United States District Court
Southern District of Texas
FILED

APR 0 8 2002

Michael N. Milby
Clerk of Court

TO THE HONORABLE JUDGE OF SAID COURT
   Now comes DEFENDANT, HUGO HERNANDEZ
AND THROUGH HIMSELF Filed HABEAS CORPUS
 AND MOVE THIS COURT, PURPOSE OF EQUAL PROTECTION
OF FOURTEENTH AMENDMENT TO FEDERAL CONSTITUTION TO
 SECURE FOR APPEAL THEREOF SHOWS THE FOLLOWING

I

FAILURE OF TRIAL JUDGE TO ADVISE INDIGENT DEFENDANT OF
  HIS RIGHT TO APPEAL AND AS CONSTITUTIONAL COROLLARY
HIS RIGHT TO COURT APPOINTED COUNSEL VIOLATED, DEFENDANT
 RIGHT TO EQUAL PROTECTION UNDER FOURTEENTH
   AMENDMENT AND HIS SIXTH AMENDMENT RIGHT TO COUNSEL
INCORPORATED THROUGH DUE PROCESS CLAUSE OF FOURTEENTH
AMENDMENT UNITED STATES EX REL SINGLETON V WOODS
   (1971, CA7 ILL) 440 F2d 835

II

SINCE FEAR OF VINDICTIVENESS AGAINST DEFENDANT FOR
  HAVING SUCCESSFULLY ATTACKED CONVICTION MAY
UNCONSTITUTIONALLY DETER DEFENDANT'S EXERCISE OF RIGHT
  TO APPEAL CONVICTION, DUE PROCESS REQUIRES THAT

NO. 01 CR-848-A

DEFENDANT BE FREED OF APPREHENSION OF SUCH RETALIATORY MOTIVATION ON PART OF SENTENCING JUDGE. BLACKLEDGE V PERRY (1974) 417 US 21, 40 LED 2d 628, 94 SCT 2098. OVRID ON OTHER GROUNDS BORDENKIRCHER V HAYES 434 US 357, 54 LED 2d 604, 98 SCT 663, REH DEN 435 US 918 LED 2d 604.98,

### III

WHEN DEFENDANT'S COUNSEL FAILS TO PERFORM PROMISE THAT APPEAL WILL BE TAKEN FAIRNESS REQUIRES THAT DECEIVED DEFENDANT BE GRANTED OUT OF TIME APPEAL SINCE DEFENDANT WHOSE RIGHT TO APPEAL IS LOST THROUGH WRONGDOING'S OR NEGLECT OF COUNSEL IS DENIED DUE PROCESS. PEREZ V. WAINWRIGHT (1981 CASFLA 640 FLD 596 CERT DEN 456 US 910 72 LED 2d 168, 102 SCT 1759 REH DEN 456 US 985, 72 LED 2d 864 102 SCT 2260

WHEREFORE PREMISES CONSIDERED THE DEFENDANT HUGO HERNANDE RESPECTFULLY PRAYS THAT THIS HONORABLE COURT ORDER THAT THE CAMERO COUNTY, TEXAS EXERCISE OF RIGHT TO APPEAL

*[signature: Hugo Hernd]*

DEFENDANT   PRO-SE
DETENTION CENTER 1-X-3
1145 E HARRISON STREET
BROWNSVILLE TEXAS 78520
HUGO HERNANDEZ