```
In The
United States Court oF Appeals
For The Fifth Circuit
```

United States District Court
Southern District of Texas
FILED

APR 1 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Jose Mejia | ) |
| Appellant | ) |
| vs | ) MISC NO. B-02-002 |
| | ) APPEAL NO._____ |
| United States Of America | ) (To Be Issue By Clerk) |
| Appellee | ) |

## NOTICE OF APPEAL

**COMES NOW** the Appellant Jose Mejia, and hereby submits this his Notice Of Appeal to the United States Court Of Appeals, For The Fifth Circuit, from the Judgment entered by the United States District Court, For The Southern District Of Texas, Brownsville Division, on the 25th day of March, 2002.

Respectfully Submitted

_Jose Mejia_
**Pro Se**
Jose Mejia
Uvalde Unit # 67074-079
Federal Prison Camp
P.O. Box 4300
THree Rivers, Texas
78071

Date: April 15 2002.

**CERTIFICATE OF SERVICE**

I Jose Mejia, hereby certify that a true and correct copy of this instant foregoing **NOTICE OF APPEAL,** was mailed postage prepaid properly addressed to the below interested parties depositing the same in an institutional receptacle provided by the Government for this purpose interposing, **Houston vs Lack,** 487 US 266 (1988).

I Jose Mejia, hereby declare (Certify, Verify, or State) under the penalty of perjury that the above foregoing motion is true and correct pursuant to Title 28 USC §1746.

United States Attorney
Charles E. Lewis
AUSA
600 E. Harrison Street, RM. 201
Brownsville, Texas
       78520-7155

Respectfully Submitted

_Jose Mejia_
Pro Se
Jose Mejia
Uvalde Unit # 67074-079
Federal Prison Camp
P.O. Box 4300
Three Rivers, Texas
       78071

Mailed on this 15th day of _____4_____, 2002.