# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 02-40647
Summary Calendar

D.C. Docket No. B-02-MC-2

**U.S. COURT OF APPEALS**
**FILED**
OCT 1 0 2002
CHARLES R. FULBRUGE III
CLERK

JOSE MEJIA

    Petitioner - Appellant

United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby
Clerk of Court

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed, and amended to be with prejudice.

ISSUED AS MANDATE: DEC 3 2002

OP-S-J-1

A true copy,
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy

New Orleans, Louisiana   DEC 3 2002