SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

United States District Court
Southern District of Texas
RECEIVED

JAN 2 8 2003

Michael N. Milby, Clerk

January 13, 2003

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

U.S. COURT OF APPEALS
**FILED**
JAN 2 2 2003
CHARLES R. FULBRUGE III
CLERK

Re:  Jose Mejia
     v. United States
     No. 02-7532
     (Your No. 02-40647)

Dear Clerk:    B-02-mc-2

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

United States District Cou...
Southern District of T...
FILED
JAN 2 8 2003
Michael N. Milby
Clerk of Court

Sincerely,

William K. Suter

William K. Suter, Clerk

U.S. COURT OF APPEALS
RECEIVED
JAN 2 2 2003
NEW ORLEANS, LA

Brownsville