CASE NO. MC B-05-002
INSTRUMENT NO. _____

United States District Court
Southern District of Texas
FILED

APR 0 7 2006

Michael N. Milby
Clerk of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Motion for Attorney's Fees, filed.

SEALED BY ORDER OF THE COURT